**Eugene C. DAVIS, Plaintiff-Appellant,**

**v.**

**NATIONAL BROADCASTING COMPANY, Defendant-Appellee.**

**No. 71–1318**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

July 16, 1971.

John H. Brooks, of Laborde & Brooks, New Orleans, La., for plaintiff-appellant.

Robert E. Winn, Cicero C. Sessions, Sessions, Fishman, Rosenson, Snellings

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

& Boisfontaine, New Orleans, La., for defendant-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Rosenbloom v. Metromedia, Inc., 1971, 403 U.S. 29, 91 S.Ct. 1811, 29 L.Ed.2d 296; New York Times Co. v. Sullivan, 1964, 376 U.S. 254, 84 S.Ct. 710, 11 L.Ed.2d 686; Davis v. National Broadcasting Co., D.C., 1970, 320 F.Supp. 1070.